FILED

2006 NOV -1 PM 12: 05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS BIOMEDICAL DIAGNOSTIC LABS, INC., NANNETTE DECUIR, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN STATES INSURANCE, SAFECO INSURANCE COMPANIES OF AMERICA, and DOES 1 to 20, inclusive, <br><br> Defendants. | CASE NO. 04cv1979-LAB (CAB) <br><br> **FINDING ON ISSUE OF FORTUITY; ORDER ON POST-TRIAL MOTIONS** |

On Monday, October 30, 2006, a hearing was held at which the parties appeared by counsel, who presented their arguments on issues before the Court. On the basis of findings of fact by the jury, and for reasons explained at the hearing, the Court **DENIES** Plaintiff's motion for judgment as a matter of law, and Plaintiff's alternative motion for a new trial.

**IT IS SO ORDERED.**

DATED: 10/31/06

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc: Magistrate Judge Cathy Ann Bencivengo
    All Counsel of Record