# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS BIOMEDICAL DIAGNOSTIC LABS, INC., NANNETTE DECUIR,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AMERICAN STATES INSURANCE, SAFECO INSURANCE COMPANIES OF AMERICA, and DOES 1 to 20, inclusive,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 04cv1979-LAB (CAB)<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL** |

On June 28, 2007, Defendant American States Insurance Company ("American States") filed a notice informing the Court that Raymond Goettsch was no longer with the firm of Demler Armstrong and Rowland, and requesting that he be removed from the docket as attorney of record. On July 25, 2007, Defendant American States Insurance moved *ex parte* to substitute Paul K. Schrieffer as attorney of record in place of Raymond Goettsch. No opposition or reply has been filed. The motion for substitution of counsel is deemed unopposed and is therefore **GRANTED**.

**IT IS SO ORDERED**.

DATED: August 9, 2007

　　　　　　　　　　　　　　　　　　　*Larry A. Burns*
　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　United States District Judge